FEDDERS CORPORATION v. ECOLAIRE HEAT TRANSFER, INC.

May 2, 1983.

Petition for certification denied.

ALPHONSO R. MILLER AND JEROME ROSENBERG v. NEW JERSEY INSURANCE UNDERWRITING ASSOCIATION.

May 2, 1983.

Petition for certification denied.   (See 188 *N.J.Super.* 175)

ALPHONSO R. MILLER AND JEROME ROSENBERG v. NEW JERSEY INSURANCE UNDERWRITING ASSOCIATION.

May 2, 1983.

Cross-petition for certification denied.   (See 188 *N.J.Super.* 175)

STATE IN THE INTEREST OF T.E.T.

May 2, 1983.

Petition for certification denied.   (See 184 *N.J.Super.* 324)